UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBER MATEO CORTES-BELTRAN,<br><br>Petitioner,<br><br>v.<br><br>PATRICK DIVVER, et al.,<br><br>Respondents. | Case No.: 3:25-cv-3846-CAB-DEB<br><br>**ORDER REQUIRING BOND HEARING** |

On December 31, 2025, Petitioner Elber Mateo Cortes-Beltran filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner states that he is a Colombian citizen who entered the United States without inspection on September 20, 2023. [*Id.* at 3, 5.] He was arrested on November 13, 2025 by the Department of Homeland Security and has remained in immigration detention at Otay Mesa Detention Center since then. [*Id.* at 3–4.] Petitioner argues that he should be classified as detained pursuant to 8 U.S.C. § 1226(a), which would entitle him to an individualized bond hearing before an immigration judge, rather than 8 U.S.C. § 1225(b), which does not. [*Id.* at 6–7.]

After arguing in their initial response, [Doc. No. 4], that Petitioner is not a member of the "Bond Eligible Class" certified in *Maldonado Bautista v. Santacruz*, No. 5:25-cv-1873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025),

1  Respondents now concede that he is part of the class and is thus entitled to a bond hearing
2  pursuant to 8 U.S.C. § 1226(a).  [Doc. No. 6.]
3       Accordingly, the Court **ORDERS** Respondents to provide Petitioner an
4  individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a)
5  and its associated regulations within 14 days of the date of this order.  Respondents are
6  further **ORDERED** to notify this Court on the status of Petitioner's bond hearing by
7  **February 11, 2026**.
8       It is **SO ORDERED**.
9       Dated:  January 26, 2026

                                              Hon. Cathy Ann Bencivengo
                                              United States District Judge