# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Elber Mateo Cortes-Beltran v. Patrick Divver, et al.**

Case Number: 3:25-cv-3846-CAB-DEB

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape: [Reporter Tape]

Given the Court's order that Respondents must provide Petitioner with a bond hearing, [Doc. No. 7], the hearing scheduled for today is **VACATED**.

Date: January 27, 2026                                          Initials: MA