# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Cortes-Beltran v. Divver, et al.**     Case Number: **3:25-cv-3846-CAB-DEB**

Hon. Cathy Ann Bencivengo     Ct. Deputy Lori Hernandez     Rptr Tape: [Reporter Tape]

Respondents are **ORDERED** to update the Court on the status/outcome of Petitioner's bond hearing by **March 2, 2026**.

Date: February 27, 2026                              Initials: MA