UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBER MATEO CORTES-BELTRAN,<br><br>Petitioner,<br><br>v.<br><br>PATRICK DIVVER, et al.,<br><br>Respondents. | Case No.:  3:25-cv-03846-CAB-DEB<br><br>**ORDER CLOSING CASE** |

Petitioner Elber Mateo Cortes-Beltran filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  After Respondents acknowledged that Petitioner was detained under 8 U.S.C. § 1226(a) pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, [Doc. No. 6], the Court ordered a bond hearing under § 1226(a) and its associated regulations, [Doc. No. 7].  Petitioner subsequently received a bond hearing on February 6, 2026.  [Doc. No. 10.]

Petitioner has received the relief his Petition requested.  <u>The Clerk of the Court shall close the case.</u>

It is **SO ORDERED**.

Dated: March 25, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

1